IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:00CR52 |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| LORENZO AVENDANO-RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the government and against the defendant. The defendant's Motion under 28 U.S.C. § 2255, is dismissed, with prejudice.

DATED this 5th day of May, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F, Bataillon
United States District Judge